# United States District Court
## Middle District of Tennessee

Ann Frantz
*Operations Manager*
www.tnmd.uscourts.gov

Office of the Clerk
800 United States Courthouse
Nashville, Tennessee 37203
(615) 736-2364

TO: Counsel of Record

DATE: June 21, 2018

RE: Owen Carl Bell, et al, Appellants v. John C. McLemore, Appellee

CIVIL NO: 3:18-cv-0501

JUDGE: Judge Waverly D. Crenshaw, Jr.

Pursuant to Bankruptcy Rule 8010(b)(3), notice is hereby given that the designated record on appeal from the United States Bankruptcy Court for the Middle District of Tennessee in the above-styled case was received on March 23, 2017 and entered on the docket of the United States District Court for the Middle District of Tennessee on June 21, 2018.

Pursuant to Bankruptcy Rule 8018(a)(1), the appellant shall serve and file a brief within 30 days from the date the appeal was received and entered on the docket of this court. (**Brief due on or before July 23, 2018.**)

Pursuant to Bankruptcy Rule 8018(a)(2), the appellees shall serve and file a brief within 30 days after service of the brief of the appellant.

Pursuant to Bankruptcy Rule 8018(a)(3), the appellant may serve and file a reply brief within 14 days after service of the appellees' brief.